**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| REGINA BROWNE, | Case No. 2:19-cv-02112-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| WALMART-NEIGHBORHOOD MARKET D/B/A WALMART, INC., ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Counsel Van Law Firm's Motion to Withdraw as Counsel for Plaintiff (ECF No. 13), filed on May 7, 2020. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Lewis indicates that Plaintiff and his firm have reached a substantial impasse in representation necessitating withdrawal. The Court will require that Plaintiff Browne notify the Court by June 1, 2020 as to her intent to proceed pro se or with other representation. Failure to do so may result in dispositive sanctions

**IT IS HEREBY ORDERED** that Plaintiff's Counsel Van Law Firm's Motion to Withdraw as Counsel for Plaintiff (ECF No. 13) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Browne shall notify the Court as to whether she intends to proceed pro se or retain counsel by **June 1, 2020**. Failure to notify the Court as to her representation status may subject her to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

Regina Browne

4555 Karen Avenue, Apt. #15

Las Vegas, NV 89121

702-884-3915

DATED: May 11, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE